```
 1
 2
 3
 4                    IN THE UNITED STATES DISTRICT COURT
 5                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 6
 7   ERNEST ALTMANN,                    )   2:09-cv-02361-GEB-GGH
                                        )
 8              Plaintiff,              )   STATUS ORDER AND ORDER
                                        )   CONTINUING STATUS (PRETRIAL
 9        v.                            )   SCHEDULING) CONFERENCE
                                        )
10   INDYMAC FEDERAL BANK, GREEN TREE   )
     SERVICING, LLC; NATIONAL CITY      )
11   MORTGAGE A DIVISION OF NATIONAL    )
     CITY BANK, FIRST BANK DBA FIRST    )
12   BANK MORTGAGE; QUALITY LOAN SERVICE)
     CORP.; BANK OF AMERICA; MORTGAGE   )
13   ELECTRONIC REGISTRATION SYSTEMS,   )
     INC.; REMIEN MORTGAGE FAMILY, INC.;)
14   ROBERT REMIEN: GEORGE ROJAS,       )
                                        )
15              Defendants.[1]          )
     _____)
16
17            A status conference was scheduled in this case on February
18   1, 2010; however, that status conference was submitted in light of the
19   status of this case.  Two defendants filed a status report in
20   connection with the February 1, 2010 status conference, in which they
21   state Plaintiff made no attempt to contact their counsel about the
22   content of a joint status report.  Plaintiff failed to file a timely
23   status report, and has not yet served two defendants; the service
24   issue will be addressed in a separate order.  The two defendants
25   submitting a joint status report indicate this case should not yet be
26   fully scheduled since the sufficiency of Plaintiff's complaint will be
27   _____
28        [1]   The caption has been amended according to the Dismissal of Doe
     Defendants portion of this Order.
```

challenged in a dismissal motion.  Therefore, the following status order issues, and a further status hearing is scheduled to commence at 9:00 a.m. on June 14, 2010, and a joint status report shall be filed fourteen days before the status hearing.

DISMISSAL OF DOE DEFENDANTS

Since Plaintiff has not justified Doe defendants remaining in this action, Does 1 through 20 are dismissed.  <u>See</u> Order Setting Status (Pretrial Scheduling) Conference filed August 25, 2009, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

<u>SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT</u>

No further service or joinder of parties is permitted, except with leave of Court, good cause having been shown.

IT IS SO ORDERED.

Dated:  February 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge