1

2

3

4                       IN THE UNITED STATES DISTRICT COURT

5                      FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   ERNEST ALTMANN,                      )    2:09-cv-02361-GEB-GGH
                                         )
8                  Plaintiff,            )    STATUS ORDER AND ORDER
                                         )    CONTINUING STATUS (PRETRIAL
9             v.                         )    SCHEDULING) CONFERENCE
                                         )
10  INDYMAC FEDERAL BANK, GREEN TREE     )
    SERVICING, LLC; NATIONAL CITY        )
11  MORTGAGE A DIVISION OF NATIONAL      )
    CITY BANK, FIRST BANK DBA FIRST      )
12  BANK MORTGAGE; QUALITY LOAN SERVICE  )
    CORP.; BANK OF AMERICA; MORTGAGE     )
13  ELECTRONIC REGISTRATION SYSTEMS,     )
    INC.; REMIEN MORTGAGE FAMILY, INC.;  )
14  ROBERT REMIEN: GEORGE ROJAS,         )
                                         )
15                 Defendants.[1]        )
                                         )
16

17           A status conference was scheduled in this case on February

18  1, 2010; however, that status conference was submitted in light of the

    status of this case.  Two defendants filed a status report in
19
    connection with the February 1, 2010 status conference, in which they
20
    state Plaintiff made no attempt to contact their counsel about the
21
    content of a joint status report.  Plaintiff failed to file a timely
22
    status report, and has not yet served two defendants; the service
23
    issue will be addressed in a separate order.  The two defendants
24
    submitting a joint status report indicate this case should not yet be
25
    fully scheduled since the sufficiency of Plaintiff's complaint will be
26

27   _____

28        [1]   The caption has been amended according to the Dismissal of Doe
     Defendants portion of this Order.

                                        1

challenged in a dismissal motion.  Therefore, the following status order issues, and a further status hearing is scheduled to commence at 9:00 a.m. on June 14, 2010, and a joint status report shall be filed fourteen days before the status hearing.

DISMISSAL OF DOE DEFENDANTS

Since Plaintiff has not justified Doe defendants remaining in this action, Does 1 through 20 are dismissed.  See Order Setting Status (Pretrial Scheduling) Conference filed August 25, 2009, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

No further service or joinder of parties is permitted, except with leave of Court, good cause having been shown.

IT IS SO ORDERED.

Dated:  February 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge