IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST ALTMANN, ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-02361-GEB-KJM |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| INDYMAC FEDERAL BANK, et al., ) | |
| ) | |
| Defendants. ) | |

        Pursuant to Plaintiff's Notice of Voluntary Dismissal filed on May 17, 2010, all claims against Defendant Indymac Federal Bank are dismissed, and this defendant is no longer a defendant in this case.

Dated: May 18, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge